UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUENCH PHOTOGRAPHY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PEARSON EDUCATION, INC.,<br><br>Defendant. | Case No. 13-cv-03937-WHO<br><br>**ORDER OF DISMISSAL** |

The parties, through their counsel, advised the Court that they have reached a settlement in principle. Dkt. No. 32.

The Court ORDERS that this matter be DISMISSED WITH PREJUDICE and any hearings and deadlines scheduled in this matter are VACATED. The Court further ORDERS that if any party certifies to this Court, with proper notice to opposing counsel, within 90 days from the date of this Order, that settlement has not in fact occurred, this Order shall be vacated and the case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: February 19, 2014

_____
WILLIAM H. ORRICK
United States District Judge